IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAN ARAUJO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER IN CHARGE ICE, et al. | : | NO. 26-6974 |

ORDER

AND NOW, this 17th day of September 2026, it is hereby ORDERED that the respondents shall show cause, on or before Monday, September 21, 2026, why the writ of habeas corpus should not be granted.

BY THE COURT:

/s/ Harvey Bartle III
J.