IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAN ARAUJO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER IN CHARGE ICE, et al. | : | NO. 26-6974 |

ORDER

AND NOW, this 22nd day of September 2026, it is hereby ORDERED that the order for respondents to show cause dated September 17, 2026 (Doc. #4) is VACATED.

BY THE COURT:

/s/ Harvey Bartle III
J.