IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAN ARAUJO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER IN CHARGE ICE, et al. | : | NO. 26-6974 |

ORDER

AND NOW, this 30th day of September 2026, pursuant to the unopposed request set forth in the September 29, 2026 letter from petitioner's counsel, it is hereby ORDERED that:

(1) the respondents shall show cause, on or before Tuesday, October 13, 2026, why the writ of habeas corpus should not be granted; and

(2) the Order dated September 24, 2026 (Doc. # 10) is VACATED.

BY THE COURT:

/s/ Harvey Bartle III
J.