IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ADAN ARAUJO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER IN CHARGE ICE, et al. | : | NO. 26-6974 |

ORDER

AND NOW, this 13th day of October 2026, it is hereby ORDERED that:

(1) Counsel for petitioner David Adan Araujo and counsel for respondent shall file briefing on whether this court has authority to take action with respect to the Amended Petition for Writ of Habeas Corpus (Doc. # 13) pending the resolution by the United States Court of Appeals for the Third Circuit of petitioner's motion for stay of removal (United States Court of Appeals for the Third Circuit Docket #: 26-3458).

(2) Both parties shall file briefing no later than 12:00 p.m. (EST) on Friday, October 16, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.