IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ADAN ARAUJO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER IN CHARGE ICE, et al. | : | NO. 26-6974 |

ORDER

AND NOW, this 26th day of October 2026, it is hereby ORDERED that:

(1) the Petition for Writ of Habeas Corpus by David Adan Araujo is GRANTED;

(2) David Adan Araujo is not subject to detention under 8 U.S.C. § 1226(a).

(3) The Government shall RELEASE David Adan Araujo from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 2:00 P.M. EST on October 27, 2026;

(4) Upon his release, the Government is required to return any personal property of David Adan Araujo, including his identification documents, and any other belonging that he had on his possession when detained;

(5) The Government is temporarily enjoined from re-detaining David Adan Araujo for seven days following his release from custody;

(6) If the Government chooses to pursue re-detention of David Adan Araujo after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; AND

(7) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle III
J.